FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 10, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LEVI KARKIAINEN,<br><br>               Plaintiff,<br><br>v.<br><br>CENTRAL PORTFOLIO CONTROL INC., a Minnesota Corporation and Collection Agency,<br><br>               Defendant. | No.   2:21-cv-00178-SMJ<br><br>**ORDER DISMISSING CASE** |

On January 6, 2013, the parties filed a stipulated dismissal, ECF No. 13. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **IT IS HEREBY ORDERED**:

    **1.**    The parties' Stipulation of Dismissal with Prejudice, **ECF No. 13**, is **GRANTED**.

    **2.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

    **3.**    All pending motions are **DENIED AS MOOT**.

    **4.**    All hearings and other deadlines are **STRICKEN**.

//

ORDER DISMISSING CASE – 1

//

//

      **5.**    The Clerk's Office is directed to **CLOSE** this file.

      **IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

      **DATED** this 10th day of March 2022.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2